5:25-cv-1481 JLSUNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:25-cv-1481 JLS (DSR)                                      Date: February 9, 2026

Title      Barbara Jean Ingram, et al. v. County of Riverside, et al.

Present: The Honorable:   Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:**          (IN CHAMBERS) **ORDER DENYING, WITHOUT PREJUDICE, UNSIGNED STIPULATION FOR PROTECTIVE ORDER (DOC. NO. 41)**

The Court has received and reviewed the Proposed Stipulated Protective Order submitted by defense counsel (Doc. No. 41).  The Court cannot sign the proposed Protective Order because the stipulation for its entry is not validly signed by all parties to this case, and the Court cannot determine if Plaintiffs concur in the filing of this stipulation.  The stipulation is "signed" with typed "/s/" signatures for both Plaintiffs and defense counsel.  Pursuant to Local Rule 5-4.3.4(a), governing signatures on electronically filed documents, for documents requiring signatures other than those of registered CM/ECF users, such as these pro se plaintiffs, the filer (here defense counsel) "must scan the hand-signed signature page(s) of the document in PDF format and electronically file the document as required by L.R. 5-4.3.1."  L.R. 5-4.3.4(a)(3).  Even if Plaintiffs were registered CM/ECF users, and a "/s/" signature was permitted, this stipulation fails to contain the filer's attestation on the signature page "that all other signatories listed, and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing."  Local Rule 5-4.3.4(a)(2)(i).  The stipulation is therefore DENIED, without prejudice to resubmission with valid signatures.

|  | : |
|---|---|
| **Initials of Preparer** | LK |