UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:25-cv-1481 JLS (DSR)                                Date: February 9, 2026

Title      Barbara Jean Ingram, et al. v. County of Riverside, et al.

Present:  The Honorable:  Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:       (IN CHAMBERS) ORDER TO SHOW CAUSE WHY DEFENDANTS HANSEN AND TOMER SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

Plaintiffs' operative Second Amended Complaint names as Defendants the County of Riverside and Deputies Hansen and Tomer.  See Doc. No. 14.  On November 20, 2025, Plaintiffs filed Proofs of Service stating that Defendant Hansen was served in this case on November 19, 2025, and Defendants Tomer and the County were served on November 20, 2025.  See Doc. Nos. 30-32.  On December 11, 2025, Defendant County filed an Answer to the Second Amended Complaint, but on behalf of itself only.  See Doc. No. 33.  In its Rule 26(f) Scheduling Conference Report (Doc. No. 37), the County informed the Court that Plaintiffs had agreed to extend the time for Deputies Hansen and Tomer to respond to January 20, 2026.  At the Scheduling Conference in this case on January 27th, the Court noted that such extended date for the Deputies to respond had passed, and discussed with the parties the need to resolve any issues over service of them and have them file a responsive pleading.

To date, neither individual Defendant has filed a responsive pleading.  Nor have Plaintiffs filed a request for entry of their default pursuant to Federal Rule of Civil Procedure 55(a).

Accordingly, Plaintiffs are ORDERED TO SHOW CAUSE, within seven days of the date of this Order, why Defendants Hansen and Tomer should not be dismissed from this case,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:25-cv-1481 JLS (DSR)                                    Date: February 9, 2026

Title      Barbara Jean Ingram, et al. v. County of Riverside, et al.


without prejudice, for failure to prosecute.  Fed. R. Civ. P. 41(b).  Plaintiff may discharge this Order by filing a request for entry of default of Defendants Hansen and Tomer.

          IT IS SO ORDERED.


                                                                              :
                                        **Initials of Preparer**        LK